IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:25-CV-629-M-BM

JOHN W. DAVIS, III,                )
                                   )
              Plaintiff,           )
                                   )
      v.                           )           **ORDER**
                                   )
UNITED STATES OF AMERICA,          )
                                   )
              Defendant.           )

This matter is before the court on defendant's consent motion to stay [DE-9] ("motion to stay") all deadlines related to the court's order for discovery plan until the resolution of defendant's pending motion to dismiss [DE-5].

For good cause shown by the reasons stated in the motion, including plaintiff's consent, defendant's motion to stay [DE-9] is GRANTED. It is therefore ORDERED that the parties' deadline to participate in a Rule 26(f) conference and to submit a discovery plan, as well as any discovery deadlines, are STAYED pending the court's resolution of defendant's pending motion to dismiss [DE-5].

IT IS FURTHER ORDERED that should the motion to dismiss [DE-5] be denied, within twenty-one (21) days of the court's ruling, counsel for plaintiff and defendant shall participate in a Rule 26(f) conference and file a Rule 26(f) report, unless otherwise ordered by the court.

SO ORDERED, this 1st day of May, 2025.

_____
Brian S. Meyers
United States Magistrate Judge