UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

JOHN W. DAVIS, III             )
           Plaintiff         )
                  )
v.                      )        **JUDGMENT**
                  )        **Case No:  7:25-cv-629-M-BM**
                  )
UNITED STATES OF AMERICA  )
           Defendant    )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of defendant's motion to dismiss.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered August 4, 2025, and for the reasons set forth more specifically therein, it is ordered that defendant's motion to dismiss is GRANTED.  Plaintiffs' complaint is DISMISSED without prejudice.

**This Judgment Filed and Entered on August 4, 2025, and Copies To:**
Franklin D. Pope (via US mail)
Katherine Blass Asaro (via CM/ECF Notice of Electronic Notification)


August 4, 2025               PETER A. MOORE, JR., CLERK

                        /s/ Sandra K. Collins
                    (By) Sandra K. Collins, Deputy Clerk